# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

TODD RICHARD CHAZEN,

                          Petitioner,

     v.

LOUIS WILLIAMS II,

                          Respondent.

ORDER

17-cv-447-jdp

In a July 25, 2018 order, I granted petitioner Todd Richard Chazen's petition for a writ of habeas corpus under 28 U.S.C. § 2241 challenging the sentence enhancement he received under the Armed Career Criminal Act, 18 U.S.C. § 924(e), and I transferred the case to the United States District Court for the District of Minnesota for resentencing. But I did not enter judgment in petitioner's favor. Now petitioner has filed a motion in this court for the entry of judgment. Dkt. 18.

I will deny that motion because this court no longer has jurisdiction over the case. But I note that the new court is now briefing the question whether it has the jurisdiction to enter judgment. *See Chazen v. Williams*, No. 18-cv-2151 (D. Minn.). Perhaps this inquiry can be cut short. If the Minnesota court transfers the case back to the Western District of Wisconsin, I will promptly direct the clerk of court to enter judgment for petitioner, and then the case can be taken up for resentencing in the District of Minnesota.

ORDER

IT IS ORDERED that:

1.  Petitioner Todd Richard Chazen's motion for entry of judgment, Dkt. 18, is
    DENIED.

2.  The clerk of court is directed to send a copy of this order to the United States
    District Court for the District of Minnesota.

Entered August 14, 2018.

BY THE COURT:

/s/

_____

JAMES D. PETERSON
District Judge