IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

TODD RICHARD CHAZEN,

    Petitioner,

v.

LOUIS WILLIAMS, II,

    Respondent.

JUDGMENT IN A CIVIL CASE

Case No. 17-cv-447-jdp

---

This action came before the court for consideration with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered granting petitioner Todd Richard Chazen's petition for a writ of habeas corpus under 28 U.S.C. § 2241.

Approved as to form this 20TH day of August, 2018.

_____
James D. Peterson
District Judge

_____
Peter Oppeneer, Clerk of Court

8/21/18
Date