# IN THE UNITED STATES COURT OF APPEALS

# FOR THE SEVENTH CIRCUIT

No. _____

| | |
|---|---|
| TODD RICHARD CHAZEN, | Appeal from the United States District Court for the Western District of Wisconsin |
| Petitioner-Appellee, | |
| v. | Case No. 17-cv-447-jdp |
| LOUIS WILLIAMS, II, | |
| Respondent-Appellant. | Honorable James D. Peterson Presiding |

## NOTICE OF APPEAL

Notice is hereby given that Louis Williams II, by United States Attorney Scott C. Blader, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the Judgment docketed in this case on August 21, 2018, granting the Petitioner's petition for a writ of habeas corpus under 28 U.S.C. § 2241.

Dated this 18th day of October, 2018.

Respectfully submitted,

SCOTT C. BLADER
United States Attorney

By:
_____/s/_____
ALICE H. GREEN
Assistant U. S. Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on October 18, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF System.

*/s/Angelica Santana*
Angelica Santana