IN THE UNITED STATES COURT OF APPEALS

FOR THE SEVENTH CIRCUIT

No.

| | |
|---|---|
| TODD RICHARD CHAZEN, | Appeal from the United States District Court for the Western |
| Petitioner-Appellee, | District of Wisconsin |
| v. | Case No. 17-cv-447-jdp |
| LOUIS WILLIAMS, II, | |
| Respondent-Appellant. | Honorable James D. Peterson Presiding |

AMENDED NOTICE OF APPEAL

Notice is hereby given that Louis Williams II, Warden, by United States Attorney Scott C. Blader, and Alice H. Green, Assistant United States Attorney for that district, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the final Judgment docketed in this case on August 21, 2018 (R. 31), and from the district court's order docketed on July 25, 2018 (R. 17), granting the Petitioner's petition for a writ of habeas corpus under 28 U.S.C. § 2241, as well as the text-only order docketed on August 20, 2018 (R. 30).

Dated this 22nd day of October, 2018.

    Respectfully submitted,

    SCOTT C. BLADER
    United States Attorney

    By:
    ___/s/_____
    ALICE H. GREEN
    Assistant U. S. Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on October 22, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF System.

    */s/Angelica Santana*
    Angelica Santana