IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

TODD RICHARD CHAZEN,

                      Petitioner,

v.

LOUIS WILLIAMS II,

                      Respondent.

ORDER

17-cv-447-jdp

---

On July 25, 2018, this court granted petitioner Todd Richard Chazen's petition for a writ of habeas corpus under 28 U.S.C. § 2241. The court's decision was affirmed on appeal on September 9, 2019.

Therefore, IT IS ORDERED that petitioner's sentence of incarceration in *United States v. Chazen*, No. 10-cr-332-ADM-JJK (D. Minn.), is reduced to 120 months. Defendant's term of supervised release is reduced to three years. In all other respects, the judgment of the United States District Court for the District of Minnesota entered on July 11, 2011, remains in effect.

Entered November 19, 2019.

BY THE COURT:

_____
JAMES D. PETERSON
District Judge